# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| ALBERT CHARLES BURGESS, JR., | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:14-cv-202 |
| | ) | (1:09-cr-17) |
| vs. | ) | |
| | ) | |
| ATTORNEY GENERAL OF NORTH | ) | |
| CAROLINA, ATTORNEY GENERAL | ) | |
| OF THE UNITED STATES, | ) | |
| | ) | |
| Respondents. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 15, 2014 Order.

August 15, 2014

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court